UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION RETIREE HEALTH & WELFARE TRUST FUND, MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION RETIREE HEALTH AND WELFARE PLAN and MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, <br><br> *Plaintiffs,* <br><br> v. <br><br> NEW ENGLAND POLICE BENEVOLENT ASSOCIATION, INC., NEW ENGLAND POLICE BENEVOLENT ASSOCIATION HEALTH & WELFARE TRUST FUND, EXECUTIVE BOARD OF THE NEW ENGLAND POLICE BENEVOLENT ASSOCIATION, INC., EXECUTIVE BOARD OF THE NEW ENGLAND POLICE BENEVOLENT ASSOCIATION HEALTH & WELFARE TRUST FUND, JOHN DOES I, II AND III, and VOYA FINANCIAL, INC. <br><br> *Defendants.* | Civil Action No. 4:26-cv-10621-DHH |

JOINT MOTION OF ALL PARTIES TO ESTABLISH
DATES FOR RESPONSIVE PLEADINGS

The Parties in this action jointly move this Court for an order further extending the

deadline for the filing of responsive pleadings. The Parties move the Court for an order that the

Defendants[1] shall have until August 28, 2026, to file responsive pleadings. As grounds for this Motion, all Parties state as follows:

1. The Parties have negotiated and agreed upon a date by which all Defendants must respond to the Complaint. The Parties believe that the time period selected by them is appropriate both for purposes of Defendants responding to the Complaint and for purposes of pursuing early settlement discussions prior to the filing of any responsive pleading.

2. The Parties therefore agree that responsive pleadings by all Defendants should be due on August 28, 2026.

**WHEREFORE**, the Parties to this action jointly move the Court for an order that the deadline for responsive pleadings to the Complaint shall be extended and responsive pleadings to the Complaint may be filed on or before August 28, 2026. The Plaintiffs filed the Complaint in this action on February 6, 2026.

Dated: June 30, 2026

                                             Respectfully submitted,

                                             **NEW ENGLAND POLICE BENEVOLENT ASSOCIATION, INC., NEW ENGLAND POLICE BENEVOLENT ASSOCIATION HEALTH & WELFARE TRUST FUND, EXECUTIVE BOARD OF THE NEW ENGLAND POLICE BENEVOLENT ASSOCIATION, INC., AND EXECUTIVE BOARD OF THE NEW ENGLAND POLICE BENEVOLENT ASSOCIATION HEALTH & WELFARE TRUST FUND,**

---

[1] With the exception of the John Doe Defendants, who have not yet been identified and are unlikely to be identified prior to discovery, if any, in this action. References in this motion to "ALL Defendants" mean all other Defendants and exclude the Doe Defendants.

By their attorneys,

*/s/ Robert Webb*
Robert D. Webb, Esq.
Henry N. Webb, Esq.
**Chimento & Webb, P.C.**
333 Elm Street, Suite 230
Dedham MA, 02026
Tel: (781) 708-0453
Fax: (781) 708-0455
Email: robwebb@chimentowebb.com
Email: henrywebb@chimentowebb.com

**MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION RETIREE HEALTH & WELFARE TRUST FUND, MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION RETIREE HEALTH AND WELFARE PLAN and MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION,**

By their attorneys,

*/s/ Stephen D. Rosenberg*
Stephen D. Rosenberg, Esq.
Caroline M. Fiore, Esq.
**Rosenberg & Fiore**
163 Highland Avenue #1212
Needham, MA 02492
Tel: (617) 910-7871
Email:
stephen.rosenberg@rosenbergfiorelaw.com
Email: caroline.fiore@rosenbergfiorelaw.com

**VOYA FINANCIAL, INC.**

By its attorney,

*/s/Brian J. Palmeri*

3

Brian J. Palmeri
**Winget Spadafora & Schwartzberg, LLP**
One Boston Place, Suite 2600
Boston, MA 02108
Tel: (617) 544-9900
Email: palmeri.b@wssllp.com